AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois ▼

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>STATE OF ILLINOIS, ET AL. )<br>)<br>)<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 25-cv-2220-JPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State of Illinois
c/o Illinois Attorney General Kwame Raoul
500 South Second Street
Springfield, IL 62701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Wen, Jacqueline Lau
Trial Attorneys
U.S. Department of Justice, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Amanda Camaull*

Date: 12/23/2025

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois ▼

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> *Plaintiff(s)* </br> v. </br> STATE OF ILLINOIS, ET AL. </br></br> *Defendant(s)* | Civil Action No. 25-cv-2220-JPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* J.B. Pritzker, Governor of Illinois
207 Statehouse
Springfield, IL 62706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James Wen, Jacqueline Lau
Trial Attorneys
U.S. Department of Justice, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/23/2025

*Amanda Camaullo*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Illinois  ▼

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff(s)*<br>v.<br>STATE OF ILLINOIS, ET AL.<br><br>*Defendant(s)* | Civil Action No. 25-cv-2220-JPG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Illinois Attorney General Kwame Raoul
500 South Second Street
Springfield, IL 62701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Wen, Jacqueline Lau
Trial Attorneys
U.S. Department of Justice, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Amanda Camanell*

Date: 12/23/2025

*Signature of Clerk or Deputy Clerk*