# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff(s)*<br>v.<br>STATE OF ILLINOIS, et al.,<br>*Defendant(s)* | )<br>)<br>)  Case Number: 3:25-cv-2220-DWD<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for    Plaintiff United States of America.

DATED: 12/29/2025

/s/ Jacqueline Lau
Signature

Jacqueline Lau
Name

DOJ - Civil Division Federal Programs Branch
1100 L St. NW, Washington, D.C. 20005
Address

(202) 598-0914
Phone Number

_____
Fax Number

jacqueline.c.lau@usdoj.gov
E-Mail Address

Rev. 2/11