# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

United States of America )
*Plaintiff(s)* )
v. ) Case Number: 3:25-cv-02220-DWD
State of Illinois et al. )
*Defendant(s)* )

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for   Defendants
State of Illinois, Governor JB Pritzker, and Attorney General Kwame Raoul

DATED: February 23, 2026

/s/ Darren Kinkead
Signature

Darren Kinkead
Name

115 S LaSalle St Chicago IL 60603
Address

(773) 590-6967
Phone Number

_____
Fax Number

Darren.Kinkead@ilag.gov
E-Mail Address

Rev. 2/11