# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) | |
| v. | ) | Case Number: |
| *Defendant(s)* | ) ) | |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for

DATED:

_____
Signature

_____
Name

_____
Address

_____
Phone Number

_____
Fax Number

_____
E-Mail Address

Rev. 2/11