# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| United States of America | ) |
| *Plaintiff(s)* | ) |
| v. | ) Case Number: 25-cv-2220 |
| State of Illinois, et al. | ) |
| *Defendant(s)* | ) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for the City of Chicago.

DATED: February 27, 2026

/s/ Austin Carsh
Signature

Austin Carsh
Name

2 N. LaSalle, Ste. 520
Address

(312) 742-0797
Phone Number

(312) 742-3925
Fax Number

austin.carsh@cityofchicago.org
E-Mail Address

Rev. 2/11