**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | Case No. 3:25-cv-02220 |
| Plaintiff | ) | |
| | ) | Hon. David Wayne Dugan |
| v. | ) | |
| | ) | |
| **STATE OF ILLINOIS; JB** | ) | |
| PRITZKER, Governor of Illinois, in his | ) | |
| Official Capacity; KWAME RAOUL, | ) | |
| Attorney General of Illinois, in his Official | ) | |
| Capacity, | ) | |
| Defendants. | ) | |

**NOTICE OF AMICI CURIAE LEGAL AND SOCIAL SERVICE PROVIDERS, OFFICE OF THE COOK COUNTY PUBLIC DEFENDER, APNA GHAR *ET AL.,* REGARDING THE PARTIES' POSITIONS ON THEIR MOTION FOR LEAVE TO FILE**

*Amici Curiae* Legal and Social Services Providers (Apna Gar, *et al*.) submit the following Notice with respect to their motion for leave to file a brief *amici curiae.*

Counsel for *amici curiae* contacted counsel for the Plaintiffs and Defendants in this matter to seek their position with respect to the motion for leave to file a brief *amici curiae*. Plaintiffs counsel communicated that they do not oppose the motion. Defendants counsel communicated that they consent to the motion.

Dated: March 3, 2026

Respectfully submitted,

/s/Alexa Van Brunt
Alexa Van Brunt
Noor Tarabishy
Jonathan Manes
MACARTHUR JUSTICE CENTER
160 East Grand Ave, 6th Floor
Chicago, IL 60611
(312) 503-1336
alexa.vanbrunt@macarthurjustice.org

Daniel Schneider
LEGAL ACTION CHICAGO
200 N. LaSalle St., Suite 1540
Chicago, IL 60601
(312) 341-1070
dschneider@legalactionchicago.org

*Counsel for* amici curiae *Apna Ghar, Ascend Justice, the Chicago Alliance Against Sexual Exploitation, Cabrini Green Legal Aid, Family Rescue, the Illinois Coalition Against Domestic Violence, the Illinois Coalition for Immigrant and Refugee Rights, the James B. Moran Center for Youth Advocacy, the Law Center for Better Housing, Legal Action Chicago, Legal Aid Society of Metropolitan Family Services, Life Span, Mujeres Latinas en Acción, The Network, and Westside Justice Center.*

Sharone R. Mitchell, Jr.
Public Defender of Cook County
Law Office of the Cook County Public Defender
69 West Washington Street
Suite 1600
Chicago, IL 60602

*Counsel for the Law Office of the Cook County Public Defender*

2

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that she served the foregoing Notice upon all counsel of record in the above-captioned matter by filing them via CMECF on March 3, 2026.

/s/ Alexa Van Brunt