**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
v.                                  )      Civil No. 3:25-cv-02220-DWD
                                    )
STATE OF ILLINOIS, et al.,          )
                                    )
            Defendants.             )
                                    )

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR DEFERRAL OF THE**
**SCHEDULING AND DISCOVERY ORDER**

Plaintiff United States of America, by its undersigned counsel, moves for its first extension of time to respond to Defendants' Motion to Dismiss, ECF 8, and in support, states:

1.      The United States brought suit on December 22, 2025. ECF 1.

2.      Defendants filed their Motion to Dismiss on February 23, 2026. ECF 8.

3.      The United States' response to Defendants' Motion to Dismiss is due on March 25, 2026.

4.      To address all arguments in the Motion to Dismiss, the United States requests until April 24, 2026, to respond.

5.      Good cause supports this request for extension. The United States requests this extension due to undersigned counsel's competing work obligations and preexisting travel during the weeks of March 16 and March 23. In addition, due to the partial lapse in appropriations, which began on February 14, 2026, some staff at the Department of Homeland Security has been furloughed. As a result, the United States' efforts to address arguments in the Motion to Dismiss have been curtailed. Undersigned counsel, therefore, needs additional time to respond to Defendants' Motion to Dismiss.

6.     The parties have conferred regarding this request. Defendants have indicated that they do not oppose the United States' motion.

7.     The brief extension is not sought for the purpose of delay.

8.     No party would be prejudiced by the extension.

9.     Additionally, the United States requests that the parties be exempt from submitting a proposed scheduling and discovery order at this time. Should the Court resolve Defendants' Motion to Dismiss, which raises threshold jurisdictional arguments, in the United States' favor, the parties will confer and advise the Court of any need for a discovery schedule. Defendants' counsel has been consulted and agrees with this request.

Accordingly, for the reasons discussed above, the United States respectfully requests until April 24, 2026, to respond to the Motion to Dismiss and to defer submission of a proposed scheduling and discovery order.

Respectfully submitted,

STEVEN D. WEINHOEFT
*United States Attorney*

*United States Attorney's Office*
*Southern District of Illinois*
*9 Executive Drive*
*Fairview Heights, Illinois 62208*
*(618) 628-3700*

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

TIBERIUS DAVIS
*Counsel to the Assistant Attorney General*

ALEXANDER K. HAAS
*Director*

JACQUELINE COLEMAN SNEAD
*Assistant Director*

 *s/ Jacqueline Lau*
JACQUELINE LAU
(D.C. BAR NO. 90024952)
JAMES J. WEN (NY BAR NO. 5422126)
*Trial Attorneys*

*United States Department of Justice*
*Civil Division*
*Federal Programs Branch*

*1100 L Street NW*
*Washington, DC 20005*

*(202) 598-0914*
*Jacqueline.C.Lau@usdoj.gov*

*Attorneys for the United States*