AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of Illinois

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:25-cv-02220 |
| STATE OF ILLINOIS, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The UNITED STATES OF AMERICA                                                              .

Date:      05/12/2026

/s/ Tiberius Davis
*Attorney's signature*

Tiberius Davis, DC Bar No. 90020605
*Printed name and bar number*
950 Pennsylvania Avenue NW,
Washington, DC 20004

*Address*

Tiberius.Davis@usdoj.gov
*E-mail address*

(202) 860-9670
*Telephone number*

*FAX number*