

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**MONICA A. STUMP**
CLERK OF COURT

**TEL: 618.439.7760**
**FAX: 618.435.2409**

**OFFICE OF THE CLERK**
**301 WEST MAIN STREET**
**BENTON, ILLINOIS 62812**

May 13, 2026

Tiberius T. Davis
DOJ
950 Pennsylvania Ave NW
Washington, DC 20530

RE:    *25-cv-2220-DWD USA v. State of Illinois et al*

Dear Attorney Davis:

You are listed as an attorney of record in this case, but you are not admitted to practice in the Southern District of Illinois, and you are not enrolled to use our Case Management/Electronic Case Filing ("CM/ECF") system.  If you do not immediately seek admission (either by filing a motion to appear *pro hac vice* or to be admitted generally) and obtain a CM/ECF login and password, *you will not receive any pleadings filed in this case*, including orders, notices of hearings, and other important documents. Participation in CM/ECF is mandatory; all documents must be filed electronically.

The requirements for admission can be found in Local Rule 83.1(a).

In order to avoid delays in the application review process, please refer to the following instructions.

Admission information and forms are available on our website at www.ilsd.uscourts.gov/AttyAdmission.aspx.  The CM/ECF User's Manual and the Electronic Filing Rules are also available on the website.

Very truly yours,

Deputy Clerk

AA-01
Rev. 12/11